| | |
|---|---|
| 1 | Ilene Kurtzman, Esq. (SBN 121675) |
|   | Email:  ilene4law@aol.com |
| 2 | Andrea Breuer, Esq. (SBN 161819) |
|   | Email:  abreuer1@yahoo.com |
| 3 | LAW OFFICES OF ILENE KURTZMAN |
|   | 23801 Calabasas Road, Suite 2010 |
| 4 | Calabasas, California 91302 |
|   | Tel:  (818) 876-9981 |

**FILED**
CLERK, U.S. DISTRICT COURT

May 2, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

Attorneys for Plaintiffs,
CHIME INSTITUTE f/k/a CHIME INSTITUTE FOR
CHILDREN WITH SPECIAL NEEDS and Michele Haney,
as Trustee of the CHIME INSTITUTE
DEFINED BENEFIT TRUST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHIME INSTITUTE f/k/a CHIME INSTITUTE FOR CHILDREN WITH SPECIAL NEEDS, a California non-profit corporation; Michele Haney, as Trustee of the CHIME INSTITUTE DEFINED BENEFIT PLAN & TRUST, | CASE NO.: CV 13-05762 SVW(RZx) |
| | Hon. Stephen V. Wilson |
| | Ctrm. 6 |
| | |
| | **ORDER DISMISSING ACTION** |
| Plaintiffs, | |
| vs. | **JS-6** |
| EMILY STRUNK aka EMILY R. STONE, an individual; COLUMBINE EMPLOYEE BENEFITS, INC., a Colorado corporation, doing business as BENEFITS ADMINISTRATORS & CONSULTANTS; LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas corporation; and DOES 1 through 50, inclusive, | |
| | Action Filed:  August 8, 2013 |
| | Trial Date:    May 20, 2014 |
| Defendants. | |

/ / /

/ / /

/ / /

-1-

[PROPOSED] ORDER DISMISSING ACTION

1  GOOD CAUSE APPEARING THEREFOR, and the parties hereto having
2  STIPULATED, it is hereby ORDERED that the above-captioned action is
3  dismissed as against all defendants with prejudice.  Each party
4  shall bear its own attorneys' fees and costs.
5
6  IT IS SO ORDERED,
7
8  DATED:  May 2, 2014                    _____
                                           HON. STEPHEN V. WILSON
9                                          JUDGE OF THE DISTRICT COURT

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

[PROPOSED] ORDER DISMISSING ACTION